## BURLINGTON AND MISSOURI RIVER RAILROAD CO. *v.* MILLS COUNTY.

ERROR TO THE SUPREME COURT OF THE STATE OF IOWA.

No. 39. Ordered to be submitted to abide decision in No. 40, February 2, 1870. — Decided February 7, 1870.

*Railroad Co.* v. *Fremont County*, 9 Wall. 89, followed.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is a writ of error to the Supreme Court of the State of Iowa.

The pleadings and proofs present the same questions involved in the case of the same plaintiffs against Fremont County, and must be disposed of in the same way.

*The decree of the court below affirmed.*

*Mr. D. Rover* for plaintiff in error.

*Mr. T. Ewing* for defendant in error.

---

## WILLARD *v.* WILLARD.

APPEAL FROM THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 90. Argued February 25, 1870. — Decided March 7, 1870.

*Willard* v. *Presbury*, 14 Wall. 676, followed.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is an appeal from the Supreme Court of the District of Columbia.

The bill is, substantially, the same as in the case of *Willard* v. *Presbury*, 14 Wall. 676; and the proofs the same. The decision in that case governs this. (See opinion.)

*Reversed.*

*Mr. W. D. Davidge* and *Mr. W. F. Mattingly* for appellant.

*Mr. R. T. Merrick* and *Mr. R. J. Brent* for appellees.